THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Gary J. Long,
 Jr., Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Sumter County
  Thomas W. Cooper, Jr., Circuit Court
Judge

Opinion No.  2008-MO-032
 Submitted June 26, 2008  Filed July 14,
2008  

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Keir M.
 Weyble, of Blume Weyble & Norris, LLC, of Columbia, for petitioner.
 Attorney
 General Henry Dargan McMaster,Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Lance S. Boozer, of Columbia, for respondent.
 
 
 

PER CURIAM: 
 We granted this petition for a writ of certiorari to review the circuit courts
 order denying petitioners post-conviction relief application.  After careful consideration, we now
 dismiss certiorari as improvidently granted.
DISMISSED.
TOAL,
C.J., MOORE, WALLER and PLEICONES, JJ., concur. BEATTY, J., not participating.